IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

SUSAN CLESTER,

        Plaintiff,

   v.

COMMISSIONER OF
SOCIAL SECURITY,

        Defendant.

Civil No. 09-765-ST

ORDER

MARSH, Judge.

    Magistrate Judge Janice M. Stewart filed her Findings and Recommendation on January 7, 2011. The matter is now before me. See 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ P. 72(b). No objections have been timely filed. This relieves me of my obligation to give the factual findings de novo review. See §636(b)(1)(C); Simpson v. Lear Astronics Corp., 77 F.3d 1170, 1174-5 (9th Cir. 1996). Having reviewed the legal principles de novo, I find no error.

    Accordingly, I ADOPT Magistrate Judge Stewart's Findings and

1 - ORDER

Recommendation #32. Plaintiff's Motion for Approval of Attorney Fees Pursuant to 42 USC §406(b) (docket #27) is GRANTED in the sum of $18,682.25 from which the EAJA fee of $5,580.00 will be subtracted.

    IT IS SO ORDERED.

    DATED this <u>31</u> day of <u>January</u>, 2011.

                             <u>/s/ Malcolm F. Marsh</u>
                             Malcolm F. Marsh
                             United States District Judge

2 - ORDER